```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                      CENTRAL DIVISION at LEXINGTON
```

```
BARBARA McKNIGHT,              )
                               )
    Plaintiff,                 )  Action No. 5:15-CV-38-JMH
                               )
v.                             )
                               )
WAL-MART STORES EAST, LP,      )           ORDER
                               )
    Defendant.                 )
                               )
                               )
```

\*\*   \*\*   \*\*   \*\*   \*\*

The parties have filed a proposed Agreed Order of Dismissal indicating that all matters in controversy between the parties have been settled. [DE 26].

Accordingly, **IT IS ORDERED**:

1) that all claims are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorney's fees**;**

2) that all pending claims for relief are **DENIED AS MOOT**;

3) that all deadlines and scheduled proceedings are **CONTINUED GENERALLY**; and

4) That the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET**.

This the 18th day of March, 2016.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge